# EXHIBIT
# A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RACHEL BRANNON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:24-1128-RJC |

| | | |
|---|---|---|
| MICHAEL ABNER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:24-1129-RJC |

| | | |
|---|---|---|
| AARIN SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:25-1507-RJC |

**ORDER OF COURT**

AND NOW, this 18th day of May, 2026, upon consideration of the *Brannon* and *Abner* Plaintiffs' Responses (*Brannon* – ECF No. 41; *Abner* – ECF No. 40) to the Court's show cause order (*Brannon* – ECF No. 40; *Abner* – ECF No. 39) and Plaintiffs' Motions to Sever and Transfer Claims ("Motions to Sever") (*Brannon* – ECF No. 50; *Abner* – ECF No. 49; *Smith* – ECF No. 10) and all relevant briefing, and for the reasons set forth in this Court's Memorandum Opinion of the same date, it is hereby ORDERED that Plaintiffs' request for severance is granted, and the Court hereby severs the individual Plaintiffs' claims. The Court will not transfer the cases, and Plaintiffs are hereby directed to file any of their individual claims in an appropriate forum by no later than 60 days from the date of this Order. Failure to do so will result in any such lawsuit being time-barred. Given the severance of each of Plaintiffs' claims and Plaintiffs' intention to file new actions, and consistent with Plaintiffs' request that the Court mark these cases as closed, the Court hereby directs the Clerk of Court to mark each of the above-captioned cases as closed.

BY THE COURT:

*/s/Robert J. Colville*________
Robert J. Colville
United States District Judge

cc: All counsel of record